TIMOTHY M. LAWLOR, WSBA # 16352
MATTHEW W. DALEY, WSBA # 36711
WITHERSPOON · KELLEY
422 West Riverside Avenue, Suite 1100
Spokane, Washington 99201-0300
Telephone:    509 624 5265
Facsimile:    509 458 2728
Email:    tml@witherspoonkelley.com
    mwd@witherspoonkelley.com
Counsel for the Plaintiff

WILLIAM D. HYSLOP, WSBA # 11256
LAURA J. BLACK, WSBA # 35672
LUKINS & ANNIS, P.S.
717 West Sprague Avenue, Suite 1600
Spokane, Washington 99201-0466
Telephone:    509 455 9555
Facsimile:    509 747 2323
Email:    whyslop@lukins.com
    lblack@lukins.com
Counsel for the Defendant

Honorable Lonny R. Suko

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STERLING SAVINGS BANK, a Washington State Chartered Bank,<br><br>Plaintiff,<br><br>v.<br><br>OPEN SOLUTIONS, INC., a Delaware Corporation,<br><br>Defendant. | Cause #: 10-CV-00306-LRS<br><br>ORDER DISMISSING ALL CLAIMS WITH PREJUDICE |

[PROPOSED] ORDER DISMISSING ALL
CLAIMS WITH PREJUDICE: 1

**WITHERSPOON · KELLEY**
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

This matter came regularly before the Court without oral argument on the 28th day of June, 2013 upon the parties Stipulated Motion to Dismiss All Claims With Prejudice.  Good cause having been shown and being fully advised in the premises, the Court does hereby GRANT the Parties' Stipulated Motion and does hereby DISMISS this case, and all claims made herein, with prejudice and without an award of costs of attorneys' fees to any party.

DONE IN OPEN COURT, this  3rd  day of July, 2013.

*s/Lonny R. Suko*
_____
HONORABLE LONNY R. SUKO
Judge, U.S. District Court
Eastern District of Washington